IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 18-cv-00641-MSK-STV

OLEKSANDR YKHATSKYY,

       Petitioner,

v.

KRISTI BARROWS, a DHS/USCIS Denver District Director,

       Respondent.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #17**) filed on October 31, 2018, ADOPTING the Report and Recommendation of the Magistrate Judge (**Doc. #15**) it is

ORDERED that:

Petitioner's Application for Writ of Habeas Corpus (**Doc. #1**) is **DISMISSED** without prejudice in accordance with (**Doc. #17**).

Each party shall bear its own costs and attorney's fees.

The case will be closed.

Dated this 1st day of November, 2018.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
   Deputy Clerk